**Shelby Balser**

**From:** Aaron Chatagnier
**Sent:** Wednesday, December 6, 2017 6:49 PM
**To:** Julie Jones; Shelby Balser; Terrance B. Neal
**Subject:** Re: student

Hello. [Aaron]

My class is important. ▮ is trying to earn her OSHA-10 certification. She needs to be in my classroom for all of 2nd period and not in your classroom during your conference.

Please release her when the bell ends 1st period so that she can come to her Career Preparation class.

Thank you.
Julie Jones

---

Hello Julie,

1) My class is important...probably more so than Career Prep. However, not because I say so, but because ▮ stands a high chance of failing the semester, so don't play some sort of trump card with me when it comes to whether a class carries more weight than others. The important thing here is ▮ needs LOTS of help in pre-Cal and she is passing your class with a high A...not that this fact excuses her tardiness to your class, I just feel it is pertinent to the situation. And, I don't give two cents about an OSHA-10 certification, either. I'm not sure if you thought mentioning this had some sort of significance...it doesn't.

2) Do not tell me what to do or how to release a student. I think I know how to dismiss a class, and trust me, I am NOT holding her in my class against her will. I would think that as a teacher on this campus, knowing her situation, you would have some shred of compassion for her position. I have asked her many times where she is supposed to be during second period, and I know student lie all the time, but her response has been that she had a few minutes to spare and that you would understand. But, don't insinuate that I have some sort of malevolent plan of disrupting your grandiose instruction with the unintended consequence of undermining ▮ success...I don't.

3) If you feel this response is unsatisfactory, then please feel free to coordinate a meeting with me and/or Mrs. Balser and/or ▮ anytime you wish. If you wish to know that I forwarded this message to Mrs. Balser and Coach Neal (my dept. head), rest assured...I did.

Thank you.
Aaron Chatagnier

1

Exhibit 1