**Shelby Balser**

From: **Kendall Young**
Sent: Thursday, February 15, 2018 2:41 PM
To: **Shelby Balser**
Subject: Fw: ▮

This was on a day when she was extremely upset when she came to see me.

Kendall

---

From: Aaron Chatagnier
Sent: Tuesday, December 12, 2017 9:13 AM
To: Kendall Young
Subject: Re: ▮

Hello,

Yes, she is here and I will send her your way after we are finished.

ac

---

From: KENDALL.YOUNG@kerrvilleisd.net <KENDALL.YOUNG@kerrvilleisd.net>
Sent: Tuesday, December 12, 2017 9:10:30 AM
To: Aaron Chatagnier
Subject: RE ▮

Hello,

I just sent ▮ up to your classroom. She asked if she could go speak to you. She said that you give her good guidance and since you were a friend of ▮ you understand what she's going through. I have referred her for counseling with Mr. Wrase, our School Psychologist. I asked that she check back in with me when she's done talking to you.

Thank you,
Kendall

---

District: KERRVILLE ISD
District Web Site:
State: TX
District Code: 133903

Exhibit 2