# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:21-CV-00369-XR |
| Kerrville Independent School District | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kerrville Independent School District
1009 Barnett Street
Kerrville, Texas 78028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Todd Kelly, 11606 North Interstate Highway 35, Austin, Texas 78753
Amos Barton, 301 Junction Highway, Suite 100, Kerrville, Texas 78753
Heather Lynn Long, 4310 N. Central Expressway, Dallas, Texas 75206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK



Date: 04/20/2021

*Signature of Clerk or Deputy Clerk*

