AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-cv-00369

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kerrville Independent School District
was received by me on *(date)* 04/26/2021 .

☑ I personally served the summons on the individual at *(place)*
1009 Barnett Street Kerrville, Texas 78028    on *(date)* 4-27-21    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mark J. Foust Ed.D. , who is
designated by law to accept service of process on behalf of *(name of organization)* Kerrville Independent School
District 1009 Barnett Street Kerrville, Texas 78028    on *(date)* 4-27-21    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 60.00 for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 4-27-21

*Server's signature*

Angel Garza  Process Server
*Printed name and title*

443 West Barnett Kerrville, Texas 78028

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset