IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>　　Plaintiff,<br><br>vs.<br><br><br>KERRVILLE INDEPENDENT<br>SCHOOL DISTRICT,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 5:21-CV-00369-XR |

### DEFENDANT, KERRVILLE INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED MOTION TO BE RELIEVED FROM MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Kerrville Independent School District ("Kerrville ISD") and files this Unopposed Motion to be Relieved from Mediation and in support thereof, respectfully shows the Court the following:

The Parties have been engaged in ongoing discovery including depositions of numerous witnesses. The Court's Scheduling Order sets December 1, 2022, as the date by which the Parties are to engage in mediation. Defendant believes that mediation would not be fruitful at this time and respectfully requests that the Court extend the timeline for engaging in mediation until after the Court has ruled on dispositive motions.

           Respectfully Submitted,

       By: *//s// D. Craig Wood*
          D. Craig Wood
          Attorney-in-Charge
          State Bar No. 21888700
          Email: cwood@wabsa.com

          Katie E. Payne
          State Bar No. 24071347
          Email: kpayne@wabsa.com

**WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
TEL. NO.: (210) 979-6633
FAX NO.: (210) 979-7024

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he conferred with counsel for Plaintiff on December, 1, 2022, about this Motion.  Plaintiff is unopposed to this Motion.

*//s// D. Craig Wood*
D. Craig Wood

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 1st day of December, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system and has been served on all counsel of record, pursuant to Federal Rules of Civil Procedure as follows:

Heather Lynn Long
Heather Long Law PC
4310 North Central Expressway
Dallas, Texas 75206

Amos L. Barton
The Carlson Law Firm, P.C.
301 Junction Highway, Suite 100
Kerrville, Texas 78028

*//s// D. Craig Wood*
D. Craig Wood