**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO.: 5:21-CV-00369-XR** |
| | § | |
| | § | |
| **KERRVILLE INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO**
**BE RELIEVED FROM MEDIATION**

Defendant, Kerrville Independent School District's Unopposed Motion to be Relieved from Mediation has been carefully considered by this Court. The Court, having reviewed and considered the said Motion and having reviewed the items on file herein, is of the opinion that said Motion should be granted.

Therefore, it is hereby ORDERED that Defendant, Kerrville Independent School District's Unopposed Motion to be Relieved from Mediation be GRANTED.

IT IS SO ORDERED on this the _____ day of December, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE