# Localized Policy Manual

Update 103

## BF (LOCAL) BOARD POLICIES

- Three new provisions lay out structure and protocol of the local policy manual
    - Each legal and local policy should be read together to gather a full understanding of the topic
    - "Board member" and "Trustee" are used interchangeably
    - Newly enacted law is applicable when effective

## CAA (LOCAL) FISCAL MANAGEMENT GOALS AND OBJECTIVES: FINANCIAL ETHICS

- Education Department General Administrative Regulations (EDGAR)
- "Agents of the district" must act with integrity and diligence and must not engage in fraud or financial impropriety
    - Conflict of Interest Disclosure required
- New text at FRAUD AND FINANCIAL IMPROPRIETY
    - Adds that federal grant requirements be followed, and
    - Adds that failure to provide financial records as required by federal entities constitutes fraud and/or impropriety
- The district must disclose in writing any violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting a federal grant award

# CB (LOCAL) STATE AND FEDERAL REVENUE SOURCES

- Education Department General Administrative Regulations (EDGAR)
- Authorizes the Superintendent to:
    - Apply for federal and state grants
    - Approve commitment of district funds for matching, cost sharing, or jointly funded projects within the Board adopted budget, and
    - Approve grant and award amendments as necessary
- Superintendent shall develop and enforce financial management systems
- Each employee, Board member, or agent of the district who is engaged in the selection, award, or administration of a contract supported by federal grant who has a potential conflict of interest shall disclose that to the district, and shall not participate in the selection, award, or administration of the grant
- Employees, Board members, and agents of the district shall not solicit gratuities, favors, or items from a contractor or subcontractor, and shall not accept any single item with a value at or above $50, or items that have an aggregate monetary value exceeding $100 in a 12-month period

# CKE (LOCAL) SAFETY PROGRAM/RISK MANAGEMENT: SECURTIY PERSONNEL

- School Resource Officers shall receive at least the minimum amount of education required by law

# CO (LOCAL) FOOD SERVICES MANAGEMENT

- Newly created policy regarding pre-paid cafeteria accounts

- Develop regulations to address

    - Length of grace period during which a student may purchase meals with an account that is insufficient
    - Notification of parents
    - Schedule of repayment
    - No fees or interest charged on an insufficient account

# DBD (LOCAL) EMPLOYMENT REQUIREMENTS AND RESTRICTIONS: CONFLICT OF INTEREST

- Requires that an employee who exercises discretion in the planning, recommending, selecting, or contracting of a vendor to file a disclosure statement when a conflict of interest exists

## DH (LOCAL) EMPLOYEE STANDARDS OF CONDUCT

- In the context of the open carry of firearms by license holders, a recommended change to DH (LOCAL) specifies that employees are not permitted to possess firearms on district property

- Prohibits the use of e-cigarettes by faculty and staff at school related events on or off campus

- Employee may possess a controlled substance for his or her personal use or the use of their child if prescribed by a licensed physician

## DIA (LOCAL) EMPLOYEE WELFARE: FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION

- Unpaid interns have been added to the list of people defined as an "employee" in the context of harassment

- Information providing the name and contact information of the district Title IX and ADA/Section 504 coordinators removed from local policy and placed into EXHIBITS

## FEA (LOCAL) ATTENDANCE: COMPULSORY ATTENDANCE

- Compulsory attendance extended through age 18 in legal policy

- Local provision addressing the maximum age for compulsory attendance is recommended for removal from local policy

- Age at which a district can withdraw a student for nonattendance changed from 18 to 19

# FEC (LOCAL) ATTENDANCE: ATTENDANCE FOR CREDIT

- Begins with a statement that the policy applies when a student has not been in attendance for 90% of the days the class is offered

- Attorney General Opinion that <u>all</u> absences must be considered in determining whether a student has attended the required percentage of days

- Emphasize the importance of the district acting in the best interest of the student when determining a course of action to take regarding an individual student's absences

## GKA (LOCAL) COMMUNITY RELATIONS: CONDUCT ON SCHOOL PREMISES

- Penal Code, Sec. 43.035 prohibits firearms (concealed or openly carried) on the physical premises of a school
    - *Premises means a building or portion of a building. The term does not include any public or private driveway, street, sidewalk or walkway, parking lot, parking garage, or other parking area.*
- Policy now prohibits the <u>unlawful</u> possession of fire arms on district property
    - State Senator John Whitmire of Houston, TX has requested an Attorney General's opinion on this issue arguing that it was not the intent of the legislature to allow open carry of firearms on any property or grounds of a K-12 school district
- Use of e-cigarettes are now prohibited at school related activities on or off campus

# GRA (LOCAL) RELATIONS WITH GOVERNMENTAL ENTITIES: STATE AND LOCAL GOVERNMENTAL AUTHORITIES

- Current policy states that the school shall notify a parent if their student has been taken into custody or arrested by an authorized person unless that authorized person raises a valid objection
    - Law-Enforcement / Child Protective Services
- Cross reference to FO (LEGAL) was added to remind administrators that the campus behavior coordinator is required by law to provide written notice to the parent if the student was taken into custody by law-enforcement

# Questions?