Craig Wood
(210) 602-4443
1/10/2022

Deposition Planning Meeting

- Time & date reporting incident
- what actions did you take? Police investigator involved, the next morning.
- what did Jane Doe tell investigator that morning? Colonel had touched her, innappropriately touched while hugging (hand on butt)
- Did Investigator Beard indicate actions and next steps?
- Did you encounter Jane Doe after during the school year?
- No other students or staff members shared anything with you about allegations?
- Did you know of another situation that she had another relationship with staff member? Made an outcry to her attorney —
  he reached out to me - Amos
  Did you know Amos Buxton? Yes, he caught my off guard - and I've known him for a long time
  what did Amos Buxton share with you?
  "A sexual relationship had occurred between both"

- Listen closely. Don't answer until you are confident you have the answer. Correct any information in the question that is not accurate. Best answer "I don't know; I don't recall."
  If question is yes or no - answer with yes or no.
  "Beyond my area of responsibility" Ask the attorney to break down questions.

Doe App. Ex. A-28

KISD0006190

RFP 45   Video  Apr 5, 2018

Ray/Avl Feb 6,   (video) (Parking Lot - afterschool)

admin
- When ~~Scot~~ asked you to capture the video on Feb 6
why did you capture it?
The administration asked me to capture it
and verify her location.

-

KISD0006191