**To:** Mrs. Doe  @gmail.com]
**From:** Shelby Balser
**Sent:** Wed 05/02/2018 8:23:00 PM UTC
**Subject:** RE:Jane Doe
**Received:** Wed 05/02/2018 8:23:04 PM UTC

Mrs. Doe,

We have investigated the post and dealt with the situation on our campus. We consistently work with students about appropriate use of social media. Social media is not a place to spread rumors, speak negatively, or place blame; none of these actions help to solve problems or improve situations. We will continue to monitor situations as we become aware. Please continue to provide information to us.

As stated, neither Mr. Chatagnier nor Jane Doe deserve any negative attention from this situation.

I look forward to meeting with you and Dr. Young as we develop a plan for Jane Doe to be successful and provide resources she needs to do so.

Sincerely,


Shelby Balser
Principal
Tivy High School
Kerrville, Texas

TFND


**From:** Mrs. Doe  @gmail.com]
**Sent:** Wednesday, May 2, 2018 12:42 PM
**To:** Shelby Balser <shelby.balser@KerrvilleISD.net>
**Subject:** Re: Jane Doe

==Students all over the school are saying she did it again. She didn't even do it the first time. She's a kid.==

On Wed, May 2, 2018 at 12:33 PM, Shelby Balser <shelby.balser@kerrvilleisd.net> wrote:

Mrs. Doe,

Thank you for bringing this to our attention. ==Neither Jane Doe nor Mr. Chatagnier deserves this.== We will track down the source and handle the situation.

Sincerely,


Shelby Balser
Principal
Tivy High School
Kerrville, Texas

TFND


**From:** Mrs. Doe  @gmail.com]
**Sent:** Wednesday, May 2, 2018 12:09 PM
**To:** Wade Ivy <wade.ivy@KerrvilleISD.net>; Shelby Balser <shelby.balser@KerrvilleISD.net>; Kendall Young

<kendall.young@KerrvilleISD.net>; Steve Schwarz <steve.schwarz@KerrvilleISD.net>; Jack Irvin <jack.irvin@KerrvilleISD.net>; micah wrase <micah.wrase@KerrvilleISD.net>

**Subject:** Jane Doe

She does not deserve this. Aaron does not deserve this.

Mrs. Doe



KISD0001799