# TIVY HIGH SCHOOL (001)

Janie Mcneil | Account | Preferences | Exit

Home | Students | Families | Staff | Student Services | Office | Administration | Educator Access Plus | Advanced Features | Federal/State Reporting

## At Risk Tab

Favorites | New Window | My Print Queue

**Student:** Privacy — Jane Doe | Ranges | Add | Delete | Transfer | Pseudo

Gifted
Hmbnd/Hosp
Homeless
Imm Status
*Intervention Strategy
LEP/Bil/ESL
Migrant
Mil. Connected
Misc
Non-Res In
OEYP
P.E.P
P-TECH
Pass/Fail
PK Data
Preg Rel
Res Enrl Out
Section 504
SSI Prm/Ret
STAAR Flds
STAAR Sub
Stu Attr
T-STEM Academy
Title 1
At-Risk
Activity
* Portfolio

**Grad Year (Grade):** 2019 (GD) | **DOB (Age):** Privacy | **Entity, School, Status:** 001, 001, I | **Default:** 105, 105, I

Customize

**Advisor:** | **Gender:** F | **NY Status:** I | **Other ID:** Privacy | **Phone:** ( Privacy

### At-Risk

**Views:** General  **Filters:** *Skyward Default

| Date Identified | Date Dismissed | *Retained | *Grade Avg | *Asmnt Instmnt | *Readiness Test | *Pregnant /Parent | *Alt Ed Prgm | *Expelled | *Cond Release |
|---|---|---|---|---|---|---|---|---|---|
| 04/11/2018 | | | Y | | | | | | |

Add | Edit | Delete | Options

Expand All  Collapse All  Modify Details (displaying 2 of 2)  View Printable Details

**Identification** Add

| | | Type | Entry Date | Dismissal Date | Risk Level |
|---|---|---|---|---|---|
| Edit | Delete | Did not Maintain Average of 70 in 2+ Courses During Previous/Current Year (7-12) | 04/11/2018 | | Medium |

**Program Enrollment** Add

No program enrollments.

20 ▾  1 records displayed

Date Identified:

Doe App. Ex. A-31

KISD0002262

Entry by Student - Students At Risk of Not Graduating High School - Student Details



KISD0000045