IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>KERRVILLE INDEPENDENT SCHOOL DISTRICT,<br>　　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00369-XR |

**ORDER**

On this day, the Court considers the above-captioned case. On July 17, 2023, Plaintiff responded (ECF No. 59) to Defendant's motion for summary judgment (ECF No. 51). The following day, Plaintiff moved to file documents under seal (ECF No. 60). Plaintiff's motion indicates that she was unable to timely confer opposing counsel on her motion. *Id*.

Defendant is hereby **ORDERED** to notify the Court whether, and if so, why, it opposes Plaintiff's motion to file the attached documents under seal (ECF No. 60) by the end of the business day on **Tuesday, July 25, 2023**.

It is so **ORDERED**.

**SIGNED** this 24th day of July, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Xavier Rodriguez
　　　　　　　　　　　　　　　　　　United States District Judge