**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.: 5:21-CV-00369-XR** |
| | § | |
| | § | |
| | § | |
| **KERRVILLE INDEPENDENT** | § | |
| **SCHOOL DISTRICT,** | § | |
| **Defendant.** | | |

**JOINT [PROPOSED] AMENDED SCHEDULING ORDER**

The disposition of this case will be controlled by the following order. If a deadline set in this order falls on a weekend or a holiday, the effective day will be the next business day.

**WITNESS LIST, EXHIBIT LIST, AND PRETRIAL DISCLOSURES**

The deadline for filing Rule 26(a)(3) disclosures is **November 27. 2023**.

The deadline for filing objections under Rule 26(a)(3) is **December 11, 2023**.

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE**

 The deadline to file a Final Joint Pretrial Order and any motion *in limine* is **January 3, 2024**.

All attorneys are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

(1) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state;

(2) a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;

(3) a summary of the remaining claims and defenses of each party;

(4) a list of facts all parties have reached agreement upon;

(5) a list of contested issues of fact;

(6) a list of the legal propositions that are not in dispute;

(7) a list of contested issues of law;

(8) a list of all exhibits expected to be offered. Counsel will make all exhibits available for

examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(9) a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(10) an estimate of the length of trial;

(11) or a jury trial, include (a) proposed questions for the voir dire examination, and (b) a proposed charge, including instructions, definitions, and special interrogatories, with authority;

(12) for a nonjury trial, include (a) proposed findings of fact and (b) proposed conclusions of law, with authority;

(13) the signatures of all attorneys; and

(14) a place for the date and the signature of the presiding judge.

**FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference shall be held on [day of week]_____
[Date]_____ at _____ **a/p. m.**

Motions *in limine*, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion *in limine* or the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least 3 days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

**TRIAL**

The Jury Trial Date is [day of week]_____ [Date]_____ at _____ **a/p.m.**

It is so ORDERED. SIGNED this _____ day of _____, 2023.


_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

AGREED:

By:  _____

**D. Craig Wood**
State Bar No. 21888700
Email: cwood@wabsa.com
**Katie E. Payne**
State Bar No. 24071347
Email: kpayne@wabsa.com
**WALSH GALLEGOS**
**TREVIÑO KYLE & ROBINSON P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile: (210) 979-7024

**ATTORNEYS FOR DEFENDANT**


By:  */s/ Heather Lynn Long*
**Heather Lynn Long**
Texas Bar No. 24055865
Email: heather@heatherlonglaw.com
**HEATHER LONG LAW PC**
4310 North Central Expressway
Dallas, Texas 75206
Phone: (214) 699-5994

**Amos L. Barton**
Texas Bar No. 24031847
Email: Abarton@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
301 Junction Highway, Suite 100
Kerrville, Texas 78028
Phone: (830) 257-7575
Fax:    (830) 257-7580

**ATTORNEYS FOR PLAINTIFF**