IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>　　　*Plaintiff*<br>-vs-<br>KERRVILLE INDEPENDENT SCHOOL DISTRICT,<br>　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00369-XR |

## ORDER

On this date, the Court considered the Sealed Motions filed on September 8, 2023 (ECF Nos. 74, 75). Given Defendant's claims of privilege and the remaining unresolved Sealed Motion (ECF No. 71), the Court agrees that Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 59) and the Appendix Statement of Material Facts & Statement of Disputed Facts (ECF No. 59-1) should be redacted, pending resolution of the remaining Sealed Motion (ECF No. 71). Further, the Court agrees that Exhibit A-28 (ECF No. 59-29) should be sealed, pending resolution of the remaining Sealed Motion (ECF No. 71). Accordingly, the Court **GRANTS** the Sealed Motions filed on September 8, 2023 (ECF Nos. 74, 75).

The Clerk is **DIRECTED** to substitute Exhibit A to Sealed Motion (ECF No. 74-1) and Exhibit B to Sealed Motion (ECF No. 74-2) in place of Plaintiff's current Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 59) and Plaintiff's current Appendix Statement of Material Facts & Statement of Disputed Facts (ECF No. 59-1), respectively. Further, the Clerk is **DIRECTED** to **SEAL** Exhibit A-28 (ECF No. 59-29).

It is so **ORDERED**.

**SIGNED** this 12th day of September, 2023.

                                    _____
                                    XAVIER RODRIGUEZ
                                    UNITED STATES DISTRICT JUDGE