IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 5:21-CV-00369 |
| KERRVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| | § | |
| Defendant. | § | |

# PLAINTIFF JANE DOE'S
# RULE 26 PRETRIAL DISCLOSURES

Jane Doe files and serves her Rule 26(a)(3) Pretrial Disclosures as required by the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3).

## WITNESSES

Jane Doe submits the following list of witnesses that she reasonably expects to call or may call at trial.[1] She reserves the right to modify, amend, or supplement this list at any time before trial. Jane further reserves the right to withdraw any of the following witnesses and to offer additional witnesses as necessary for rebuttal or impeachment.

---

[1] Should she prevail at trial, Jane intends to call both her undersigned counsel, Heather Lynn Long and Amos Barton, as expert witnesses on attorneys' fees at the time and in the manner designated by the Court. Their addresses and phone numbers are identified below. Jane further intends to present evidence to support their testimony, including but not limited to, the curriculum vitae and billing records of each witness.

| NAME | CONTACT INFORMATION | EXPECTS TO CALL | MAY CALL | LIVE/DEPO |
|------|---------------------|-----------------|----------|-----------|
| Jane Doe | c/o Undersigned Counsel | X | | Live |
| Jane Doe's Father | c/o Undersigned Counsel | X | | Live |
| Jane Doe's Mother | c/o Undersigned Counsel | X | | Live |
| Kerrville Independent School District via Corporate Representative | c/o Defendant's Counsel | X | | Live |
| Mark J. Foust, Ed.D.<br><br>*KISD Superintendent and Title IX Coordinator at the time of the underlying events.* | c/o Defendant's Counsel | X | | Live |
| Wade Ivy<br><br>*KISD Assistant Superintendent at the time of the underlying events.* | c/o Defendant's Counsel | X | | Live |
| Shelby Balser<br><br>*Principal of Tivy High School at the time of the underlying events.* | c/o Defendant's Counsel | | X | Live |

| | | | | |
|---|---|---|---|---|
| Chris Cook<br><br>*Vice Principal of Tivy High School at the time of the underlying events.* | c/o Defendant's Counsel | X | | Live |
| Fred Brunz<br><br>*Tivy High School JROTC instructor at the time of the underlying events.* | c/o Defendant's Counsel | X | | Live |
| Kerr County Constable Paul Gonzales<br><br>*Tivy High School Resource Officer at the time of the underlying events.* | c/o Kerr County Constable, Precinct 3<br>700 Main Street<br>Kerrville, Texas 78028<br>830.792.2240 | X | | Depo |
| Kendall Young, Ed.D.<br><br>*Lead Counselor at Tivy High School at the time of the underlying events.* | 3509 La Cumbre Drive<br>Kerrville, Texas 78028<br>830.377.5911 | X | | Live |
| Jason Beard, Investigator<br><br>*Kerrville Police Department officer who investigated the underlying events.* | c/o Kerrville Police Department<br>429 Sidney Baker St.<br>Kerrville, Texas 78028<br>830.257.8181 | X | | Live |
| Allison Baker<br><br>*Custodian of records for the KPD.* | c/o Kerrville Police Department<br>429 Sidney Baker St.<br>Kerrville, Texas 78028<br>830.257.8181 | | X | Live |

| | | | | |
|---|---|---|---|---|
| Aaron Chatagnier<br><br>*Tivy High School teacher who sexually abused Jane Doe while she was a student at KISD.* | c/o Clay Steadman<br>Law Offices of Jesko & Steadman<br>612 Earl Garrett Street<br>Kerrville, Texas 78028<br>830.257.5005 | | X | Live |
| Micah Wrase, M.S., LSSP<br><br>*Counselor/Student Family Services Tivy High School at the time of the underlying events.* | c/o Shreiner University<br>2100 Memorial Boulevard<br>Kerrville, Texas 78028<br>830.792.7258 | | X | Live |
| April McComack-Haas<br><br>*Tivy High School teacher who participated in the underlying events.* | c/o Defendant's Counsel | | X | Live |
| Julie Jones<br><br>*Tivy High School teacher who participated in the underlying events.* | 108 N Cynthia Drive<br>Kerrville, Texas 78028<br>830.370.9447 | | X | Live |
| Kim Starry<br><br>*Tivy High School teacher who participated in the underlying events.* | c/o Defendant's Counsel | | X | Live |
| Karen Cook<br><br>*Hill Country High School employee at the time of the underlying events.* | c/o Defendant's Counsel | | X | Live |

| | | | | |
|---|---|---|---|---|
| Steve Schwarz<br><br>*Hill Country High School Principal at the time of the underlying events.* | c/o Defendant's Counsel | | X | Live |
| Dana Mast<br><br>*Tivy High School student who reported Tivy teacher Julie Jones for sexually harassing and retaliating against Jane Doe.* | *Plaintiff will supplement.* | | X | Live |
| Allison Hauge<br><br>*Tivy High School student who informed Principal Shelby Balser that she witnessed Jane Doe say that Aaron Chatagnier had "hooked up" with her.* | *Plaintiff will supplement.* | | X | Live |
| Carol Shakeshaft, Ph.D.<br><br>*Jane Doe's expert. Her expected testimony is detailed in Plaintiff's Expert Disclosures, her deposition, and her expert report.* | c/o Undersigned Counsel | X | | Live |
| Lisa Watts<br><br>*Jane Doe's expert. Her expected testimony is detailed in Plaintiff's Expert Disclosures, her deposition, and her expert report.* | c/o Undersigned Counsel | X | | Live |

Jane further reserves the right to call any and all individuals or entities disclosed by either party as having information relevant to this lawsuit.

## WITNESSES BY DEPOSITION

Jane submits the following page line designations deposition testimony for those witnesses she expects to call or may call at trial by deposition. She further reserves the right to withdraw any of the following designations and to offer additional designations and to call additional witnesses by deposition as necessary for rebuttal or impeachment.

In the event any witness designated as expected to testify live becomes unavailable, Jane reserves the right to call that witness by deposition.

1. **Constable Paul Gonzales Page Line Designations**

   8:9-80:9

   81:15-149:19

   150:5-151:23

   153:16-21

   154:13-158:18

   160:3-163:23

   165:7-167:24

## TRIAL EXHIBITS

Jane submits the following list of exhibits that she reasonably expects to offer or may offer at trial. She reserves the right to withdraw any of the following exhibits in whole or in part and to offer additional exhibits as necessary for rebuttal and impeachment.

| EXHIBIT NO. (Doe - __) | NAME | REFERENCE |
|---|---|---|
| 1 | 05.07.2018 KISD Letter "Notification on Aaron Chatagnier, SS# [REDACT]" | KISD0002627-2629 |
| 2 | 12.06.2017 Chatagnier Email "Re: student" | KISD0002609 |
| 3 | 12.08.2017 Chatagnier Email "Re: Meeting" | KISD0002637 |
| 4 | 02.07.2018 KISD "Memo of Concern" Letter to Aaron Chatagnier | KISD0002634-2635 |
| 5 | 02.08.2018 Ivy Email "RE: [Jane Doe]" | KISD0001911-1912 |
| 6 | 02.12.2018 Ivy Email with Voicemail "195250.wav" and corresponding voice file | KISD0001926, voice file KISD0001927 |
| 7 | 02.12.2018 Ivy Email with Voicemail "195349.wav" and corresponding voice file | KISD0001928, voice file KISD0001929 |
| 8 | 02.15.2018 Kendall Young Email "Fw: [DOE, JANE]" | KISD0002611 |
| 9 | 02.21.2018 Ivy Email "RE: My takeaway" | Doe001103-1105 |
| 10 | 03.02.2018 Kendall Young Email "Events- 3/1 3/2" | KISD0002612 |
| 11 | 03.02.2018 KISD Written Directive to Aaron Chatagnier | KISD0003622-3624 |
| 12 | 04.27.2018 Shelby Balser Handwritten Notes | KISD0002615 |
| 13 | 04.30.2018 Wade Ivy Handwritten Notes "Meeting with Aaron Chatagnier" | KISD0002616-2619 |
| 14 | 04.30.2018 Shelby Balser Handwritten Notes | KISD0002620-2625 |
| 15 | Micah Wrase Handwritten Notes | KISD0002209-2215 |
| 16 | 04.13.2018 Shelby Balser Handwritten Notes | KISD0002613 |

| 17 | April 13, 2018 Video begins 9:34:23 am<br>April 13, 2018 Video begins 9:46:20 am<br>April 13, 2018 Video begins 9:47:56 am<br>April 13, 2018 Video begins 9:48:23 am<br>April 13, 2018 Video begins 9:48:47 am<br>April 13, 2018 Video begins 10:09:46 am<br>April 13, 2018 Video begins 10:09:56 am<br>April 13, 2018 Video begins 10:11:14 am | KISD0003620, 3616, 3611, 3619, 3615, 3614, 3612, 3610, |
|---|---|---|
| 18 | April 5, 2018 Video begins 9:47:48 am | KISD0003617 |
| 19 | Tivy High School Floor Plan | KISD0005940-5941 |
| 20 | Shelby Balser Handwritten Notes "Speak w/ every teacher on the wing. . . ." | KISD0002640 |
| 21 | Picture of Jane Doe Cited for Dress Code Violation | Doe001140 |
| 22 | Picture of Student Allowed to Violate Dress Code | Doe001131 |
| 23 | 2015-2016 JROTC Leadership Camp Picture | Doe001130 |
| 24 | Texas VW Classic Homepage | Doe001107-1110 |
| 25 | Chatagnier Text to Jane Doe | Doe001089 |
| 26 | Shelby Balser "Aaron Chatagnier Timeline" | KISD0002632-2633 |
| 27 | Mr. C Hall Passes for Jane Doe | KISD0002630-2631 |
| 28 | Professional Boundary Self-Assessment Notated by Balser | KISD0002636 |
| 28 | Reference Sheet and Professional Boundaries Self-Assessment | KISD0005262-5263 |
| 29 | Wade Ivy "Documentation on AC" with Handwritten Notations | KISD0002638-2639 |
| 30 | 05.04.2017 Sexual Harassment Records | KISD0002702-2707 |

| 31 | 05.01.2018 Letter Announcing Chatagnier Resignation for Personal Reasons | KISD0003520 |
|---|---|---|
| 32 | 05.02.2018 Mrs. Doe Emails "RE: [Jane Doe]" | KISD0001893, 1894-1895 |
| 33 | 05.02.2018 Mrs. Doe Emails "RE: [Jane Doe]" | KISD0002001 |
| 34 | 05.02.2018 Balser Email "RE: [Jane Doe]" | KISD0001798-1799, 1843 |
| 35 | 05.02.2018 Balser Email "RE: [Jane Doe]" | KISD0001854-1855 |
| 36 | 05.07.2018 Ivy Email "FW: KISD Superintendent Report | KISD0002991 |
| 37 | Aaron Chatagnier Employment File | KISD0003521-3550 |
| 38 | 06.09.2020 KISD Letter "Notification on Aaron Chatagnier, SS# [REDACT]" | KISD0002995 |
| 39 | Jane Doe Education Records KISD sent to the Texas Attorney General as "Exhibit C" | KISD0002474-2603 |
| 40 | Jane Doe "Monthly Job Report" Assignment | KISD0002610, Doe001106 |
| 41 | 04.03.2018 Dana Mast P3 Harassment Report Re: Julie Jones | KISD0003605 |
| 42 | 04.03.2018 Jane Doe P3 Harassment Report Re: Julie Jones | KISD0003606 |
| 43 | 04.03.2018 Anonymous P3 Harassment Report Re: Julie Jones | KISD0003608 |
| 44 | P3 Documentation | KISD0006336-6339 |
| 45 | KISD P3 Webpage | Doe001156 -1158 |
| 46 | Student Discipline Records | KISD0000026-27, 36, 44, 49, 40 |
| 47 | Doe Student Activities Report | KISD0000053-54 |

| 48 | Doe Student Picture | KISD0000061 |
|----|---------------------|-------------|
| 49 | Doe Student Attendance Record | KISD0000083-84, 47 |
| 50 | Doe Student Guidance Record | KISD0000067 |
| 51 | Doe Student Information Report | KISD0000074-82 |
| 52 | Doe Student Records Audit Trial | KISD0000085-86 |
| 53 | Jane 2, Tivy 0 Picture | KISD0001902 |
| 54 | Student Record- At Risk Status | KISD0000045 |
| 55 | 04.11.2018 Progress Report- Doe | KISD0002298 |
| 56 | Jane Doe Tivy HS At Risk Tab | KISD0002262-2263 |
| 57 | Jane Doe High School Transcript (04.11.2018) | KISD0002298 |
| 58 | Doe Student Grade History Records- Tivy and HCHS | KISD0000021-21, 33-34 |
| 59 | Hill Country High School Enrollment Records | KISD0002278-2290 |
| 60 | 05.02.2018 HCHS Email with Voicemail "202699.wav" and corresponding voice file | KISD0002150, voice file KISKISD0002151 |
| 61 | 05.04.2018 Ivy Email "RE: Thank You." | KISD0001791 |
| 62 | 05.04.2018 Balser Email "RE: Thank You." | KISD0001859 |
| 63 | 05.29.2018 Mrs. Doe Email "Re: referral" | KISD0002015-2016 |
| 64 | 09.08.2017 Jane Doe Written Statement | KISD0003031-3033 |
| 65 | 09.08.2017 Wade Ivy Notes | KISD0002604-2608 |
| 66 | 09.13.2017 Holly Vogt Email "FW: Job Complete: Important Information from Kerrville ISD and attached "report.pdf" | |
| 67 | 09.28.2017 Kendall Young Email "Re: [Jane Doe]" | KISD0002170 |

| 68 | 09.15.2017 Mrs. Doe Email "Fwd:" (with attachments) | KISD0001914-1916 |
|---|---|---|
| 69 | 09.15.2017 KISD Letter to Col Edwards | KISD0003036 |
| 70 | 09.15.2017 Laura Fowler Email "RE: Thank You For Reaching Out Mr. Locke" | |
| 71 | 09.15.2017 Dr. Mark Foust Email "Important Message of Support" | KISD0003076 |
| 72 | 09.18.2017 Edwards Resignation Letter | KISD0003037 |
| 73 | 09.18.2017 Laura Fowler Email "FW: Letter of Resignation" | KISD0003038 |
| 74 | News Articles Re: Two KISD Teachers Committing Educator Sexual Misconduct News Articles Re: Two KISD Teachers Committing Educator Sexual Misconduct | Doe001072-1085 |
| 75 | Jane Doe JROTC Cadet Student Records | KISD0002200-2208 |
| 76 | 09.21.2017 Holly Vogt Email "Press Release" and attached Press Release "Kerrville ISD Responds to Two Separate Allegations" | KISD0003077, 3078-3479 |
| 77 | 09.21.2017 Dr. Mark Foust Email "prep statement for press conf." | KISD0003090 |
| 78 | Press Release: Tivy AFJROTC Earns Highest Attainable Unit Rating of "Exceeds Standards" Press Release: Tivy High AFJROTC Earns Distinguished Unit With Merit Award Press Release: Tivy High School Student Receives New AFJROTC Flight Academic Scholarship | Doe001067-1071 |
| 79 | 09.26.2017 Paul Gonzales Email "Media" | KISD0002669 |

| 80 | 10.11.2017 Ivy Email "RE: Christopher Edwards" with attachment "SBEC Report Edwards Complete 92017.pdf" | KISD0002688, 2689-2836 |
|---|---|---|
| 81 | 10.17.2017 Ivy Email "RE: School Investigation Training" | KISD0002837 |
| 82 | Texas Education Agency Subpoena (notated) and Related Documents | KISD0003004-3024 |
| 83 | Defendant's Rule 26 Disclosures | |
| 84 | | |
| 85 | 03.24.2021 Wade Ivy Emails "RE: AG Response" | KISD-000001-4 (Initial Disclosure Production) |
| 86 | Attorney General Response to KISD Request to Withhold Jane Doe's Education Records from Jane Doe | KISD-000005-114 (Initial Disclosure Production) |
| 87 | KISD Request to Withhold Jane Doe's Education Records from Jane Doe | KISD-000173-180 (Initial Disclosure Production) |
| 88 | 12.14.2020 KISD Incomplete Production of Jane Doe's Education Records | KISD-000181-000312 (Initial Disclosure Production) |
| 89 | 09.25.2017 Wade Ivy Letter to Mr. and Mrs. Doe | KISD0001788 |
| 90 | 11.13.2017 Fred Brunz Email "I Need Your Help With [Jane's] Uniforms" | KISD0002140 |
| 91 | English Class Script- 2017 English Class Plan Speech 2017 English Class Plan Day 2 Speech 2017 | Produced on 04.25.2023 without Bates Stamp |
| 92 | 09.15.2017 KISD Letter to Parents/Guardians | KISD0003456 |
| 93 | 09.18.2017 Dr. Mark Foust Email "RE: Story for next week | KISD0003069-3071 |

| 94 | 09.13.2017 KISD Letter to Parents/Guardians | KISD0003073 |
|---|---|---|
| 95 | 09.15.2017 Dr. Mark Foust Email "Important Message of Support" | KISD0003076 |
| 96 | Hill Country High School Graduation Pictures | Doe001128-1129 |
| 97 | Tivy High School Class of 2019 Graduation Pictures | KISD0006014, 6132, 5977, 5999 |
| 98 | Jane Doe Kerrville ISD Standardized Test/Taks Results | KISD0002302 |
| 99 | Jane Doe Final High School Transcript | KISD0002265 |
| 100 | HCHS Records re Jane Doe College Applications | KISD0002216-2242 |
| 101 | 01.25.2019 Karen Cook Email with Voicemail "224672.wav" and corresponding voice file | KISD0001946, voice file KISKISD0001947 |
| 102 | Doe Class Rank Spreadsheet-Native Format | KISD0000070 |
| 103 | 02.28.2019 Jane Doe Email "Fwd: [Jane's] Admission Application is still Incomplete" (University of Texas San Antonio) | KISD0002002-2003 |
| 104 | 02.27.2019 Jane Doe Email "Re: Application for Texas A&M San Antonio" | KISD0002005-2006 |
| 105 | Jane Doe Tivy HS Graduation Information and Endorsement Tab | KISD0002261, 2269 |
| 106 | Student Career Plan Report | KISD0000030,268 |
| 107 | Full KISD High School Transcript- Doe | KISD0000002 |
| 108 | Doe 9th Grade Final Report Card | KISD0000003 |
| 109 | 09.07.2017 Transcript for 2015-2016 and 2016-2017 School Years | KISD0000043 |

| 110 | Jane Doe Tivy HS GPA Summary | KISD0002256-2258 |
|---|---|---|
| 111 | Jane Doe Class Rank Summary | KISD0002259-2260 |
| 112 | Jane Doe Activity Tab | KISD0002264 |
| 113 | Doe001141, Doe MSJ Response Exhibit B-1 | |
| 114 | News Article Re: Jane Doe Lawsuit | Doe001087-88 |
| 115 | 09.16.2017 Emily Sieker Facebook Message to Jane Doe | Doe001132-1135 |
| 116 | 01.15.2021 KISD Superintendent Friday Report | KISD0003416-3418 |
| 117 | 01.22.2021 KISD Superintendent Friday Report | KISD0003094-3095 |
| 118 | 7.15.2022 KISD Superintendent Friday Report | KISD0006241-6242 |
| 119 | 07.28.2022 Dr. Mark Foust Email "FW: Request for comment on lawsuit" from The Kerrville Daily Times | Produced in Native Form on 03.20.2023 |
| 120 | | |
| 121 | 10.02.2020 Ivy Email "RE: Draft press release" | KISD0006253-6256 |
| 122 | 01.25.2025 KISD Email to Hill Country Community Journal  "KISD Statement on Former Teacher Indictment" and "012521 Former Teacher Indictment Statement.pdf"<br><br>01.25.2025 KISD Email to The Kerrville Daily Times "KISD Statement on Former Teacher Indictment" (also attaching "012521 Former Teacher Indictment Statement.pdf") | Produced in Native Form on 03.20.2023 |

|  | 01.25.2021 KISD Email to Fox SA Puro San Antonio "KISD Release" (also attaching "012521 Former Teacher Indictment Statement.pdf") |  |
|---|---|---|
| 123 | Facebook Posts Re: Chatagnier Indictment | Doe00728-730, 1055-1062 |
| 124 | 01.10.2022 Balser Handwritten Notes | KISD0006190-6191 |
| 125 | Chatagnier, Edwards, D'Spain Professional Development Portfolios | KISD0006428-64 |
| 126 | KISD Board Policy EHBC (Legal) (10.26.2017) | KISD0006396-6408 |
| 127 | KISD Board Policy EHBC (Legal) (07.02.2018) | KISD0006409-6421 |
| 128 | KISD Board Policy EHBC (Local) (02.19.2018) | KISD0006422 |
| 129 | Expert Report of Charol Shakeshaft, PhD, MS | Doe Expert Disclosures Exhibit D |
| 130 | Charol Shakeshaft, PhD, MS Curriculum Vitae | Doe Expert Disclosures Exhibit A |
| 131 | Lisa M. Watts, Psy.D. Curriculum Vitae | Doe Expert Disclosures Exhibit E |
| 132 | Expert Report of Lisa M. Watts, Psy.D. | Doe Expert Disclosures Exhibit G |
| 133 | 09.28.2017 Jane Doe Email "RIP" | KISD0002152-2153 |
| 134 | Educator Ethics for Substitute Teachers | KISD0005847-558848 |
| 135 | D'Spain Employment File | KISD0006257-6335 |
| 136 | Kendal Young Deposition, Exhibit 2 |  |
| 137 | Kendal Young Deposition, Exhibit 3 |  |
| 138 | Kendal Young Deposition, Exhibit 4 |  |
| 139 | Kendal Young Deposition, Exhibit 5 |  |

| 140 | Kendal Young Deposition, Exhibit 10 | |
| 141 | Kendal Young Deposition, Exhibit 19 | |
| 142 | Kendal Young Deposition, Exhibit 1 | |
| 143 | David P. Thompson, Ph.D Deposition, Exhibit 2 | |
| 144 | David P. Thompson, Ph.D Deposition, Exhibit 3 | |
| 145 | David P. Thompson, Ph.D Deposition, Exhibit 4 | |
| 146 | David P. Thompson, Ph.D Deposition, Exhibit 5 | |
| 147 | David P. Thompson, Ph.D Deposition, Exhibit 6 | |
| 148 | David P. Thompson, Ph.D Deposition, Exhibit 7 | |
| 149 | David P. Thompson, Ph.D Deposition, Exhibit 8 | |
| 150 | David P. Thompson, Ph.D Deposition, Exhibit 9 | |
| 151 | David P. Thompson, Ph.D Deposition, Exhibit 10 | |
| 152 | David P. Thompson, Ph.D Deposition, Exhibit 11 | |
| 153 | David P. Thompson, Ph.D Deposition, Exhibit 12 | |
| 154 | David P. Thompson, Ph.D Deposition, Exhibit 13 | |
| 155 | David P. Thompson, Ph.D Deposition, Exhibit 14 | |

| 156 | David P. Thompson, Ph.D Deposition, Exhibit 15 | |
| 157 | David P. Thompson, Ph.D Deposition, Exhibit 18 | |
| 158 | David P. Thompson, Ph.D Deposition, Exhibit 22 | |
| 159 | David P. Thompson, Ph.D Deposition, Exhibit 23 | |
| 160 | David P. Thompson, Ph.D Deposition, Exhibit 25 | |
| 161 | David P. Thompson, Ph.D Deposition, Exhibit 27 | |
| 162 | David P. Thompson, Ph.D Deposition, Exhibit 28 | |
| 163 | David P. Thompson, Ph.D Deposition, Exhibit 29 | |
| 164 | David P. Thompson, Ph.D Deposition, Exhibit 32 | |
| 165 | David P. Thompson, Ph.D Deposition, Exhibit 33 | |
| 166 | David P. Thompson, Ph.D Deposition, Exhibit 34 | |
| 167 | David P. Thompson, Ph.D Deposition, Exhibit 35 | |
| 168 | David P. Thompson, Ph.D Deposition, Exhibit 36 | |
| 169 | David P. Thompson, Ph.D Deposition, Exhibito37 | |
| 170 | David P. Thompson, Ph.D Deposition, Exhibito 38 | |

| 171 | David P. Thompson, Ph.D Deposition, Exhibit 39 | |
| 172 | David P. Thompson, Ph.D Deposition, Exhibit 40 | |
| 173 | David P. Thompson, Ph.D Deposition, Exhibit 42 | |
| 174 | David P. Thompson, Ph.D Deposition, Exhibit 43 | |
| 175 | David P. Thompson, Ph.D Deposition, Exhibit 44 | |
| 176 | David P. Thompson, Ph.D Deposition, Exhibit 45 | |
| 177 | David P. Thompson, Ph.D Deposition, Exhibit 46 | |
| 178 | David P. Thompson, Ph.D Deposition, Exhibit 55 | |
| 179 | David P. Thompson, Ph.D Deposition, Exhibit 56 | |
| 180 | David P. Thompson, Ph.D Deposition, Exhibit 58 | |
| 181 | David P. Thompson, Ph.D Deposition, Exhibit 62 | |
| 182 | 2015-2016 KISD Employee Handbook (Excerpts) | KISD0004790-4797, 4800-4803, 4816-4829, 4835-4840 |
| 183 | 2016-2017 KISD Employee Handbook (Excerpts) | KISD0005069-5076, 5079-5081, 5096-5108, 5115-5121 |
| 184 | 2017-20118 KISD Employee Handbook (Excerpts) | KISD0004162-4170, 4173-4175, 4194-4206, 4214-4220 |
| 185 | 2019-2020 KISD Employee Handbook (Excerpts) | KISD0005003-5012,5016-5020, 5038-5052, 5059-5065 |

| 186 | August 2017 Student Code of Conduct PowerPoint | Doe001094-1102 |
| 187 | 2017-2018 KISD School Calendar | Doe001086 |
| 188 | Memorandum of Understanding | KISD0006186-6189 |
| 189 | Recognizing and reporting sexual misconduct under the Educator Discipline Act | KISD0003745-3766 |
| 190 | Texas Educators' Ethics Training | KISD0004652 (native and pdf print with notes) |
| 191 | KISD Required Annual Training Sexual Harassment Training - 2021-2022 | KISD0004461-4473 |
| 192 | PowerPoint "ethics_Module1_1cut down" titled "Texas Educators' Ethics Training | Produced 03.20.2023 in native form and submitted in pdf print with notes |
| 193 | Dr. Mark Foust December 2016-July 2022 Professional Development Profile | KISD0005393 |
| 194 | 2017-2018 KISD Student Handbook | KISD0005539-5636 |
| 195 | 12.08.2017 Memorandum to KISD Board of Trustees "Re: Localized Policy Manual Update 109 (Excerpts) | KISD0004016-4022, 4024, 4028-4030, 4032-4033, 4037, 4049-4051, 4059-4062, 4068-4069, 4079-4084, 4093, 4094-4097, 4102, 4120, 4121-4129, 4143, 4144-4149, 4157-4159 |
| 196 | KISD Legislative Update, 85th Legislative Session 2017 (Wade Ivy, 08.01.2017) | KISD0004460, 5637 |
| 197 | KISD Board Policy FL (Local, Legal) | Doe000686-7113 |
| 198 | KISD Board Policy FFI (Local) | KISD0005628-5829 |
| 199 | KISD Board Policy FFG (Exhibit) | KISD0003970-3971 |
| 200 | KISD Board Policy DIA (Exhibit) | KISD0003678 |

| 201 | KISD Board Policy DIA (Local) | KISD0003686-3689 |
|---|---|---|
| 202 | KISD Board Policy DHB (Legal) | KISD0005305-5309 |
| 203 | KISD Board Policy DH (Local, Legal, Exhibit) | KISD0005352-5354, 4845-4846, 5305-5309 |
| 204 | KISD Board Policy FFF (Local) | KISD0004143 |
| 205 | KISD Board Policy FFH  (Local, Legal, Exhibit) | KISD0003664, 4962-4967, 3690-3696 |
| 206 | 06.04.2020 KISD Superintendent Friday Report | KISD0003441-3442 |

Respectfully Submitted,

_____

HEATHER LYNN LONG
Texas Bar No. 24055865
heather@heatherlonglaw.com
HEATHER LONG LAW PC
4310 North Central Expressway
Dallas, Texas 75206
Phone: (214) 699-5994

AMOS L. BARTON
Texas Bar No. 24031847
Abarton@carlsonattorneys.com
THE CARLSON LAW FIRM, P.C.
301 Junction Highway, Suite 100
Kerrville, TX 78028
Phone: (830) 257-7575
Fax:    (830) 257-7580

**ATTORNEYS FOR JANE DOE**

## CERTIFICATE OF SERVICE

Counsel certifies that a true and correct copy of these Rule 26 Pretrial Disclosures were filed and served on all parties through the Court's ECF system on December 23, 2023 due to a technical issue.

_____

HEATHER LYNN LONG