AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 5:21-CV-00369-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Jason Beard__
was received by me on *(date)* __4-1-24__.

☑ I served the subpoena by delivering a copy to the named person as follows: __429 Sidney Baker c/o Ryan Cockrell__
__9:15 AM__ on *(date)* __4-1-24__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __10.00__.

My fees are $ __100.00__ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __4-1-24__

_____
Server's signature

__Jeff Bowman PSC 21661__
Printed name and title

__P.O. Box 294694 Kerrville, TX 78029__
Server's address

Additional information regarding attempted service, etc: