AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Texas

| | |
|---|---|
| JANE DOE | ) |
| *Plaintiff* | ) |
| v. | ) |
| KERRVILLE INDEPENDENT SCHOOL DISTRICT | ) |
| *Defendant* | ) |

Civil Action No. 5:21-CV-00369-XR

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Mark J. Foust , Ed.D
4125 Wilderness Pass
Keller, Texas 76262

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: United States Court House<br>262 West Nueva<br>San Antonio, Texas 78207 | Courtroom No.: H |
|---|---|
| | Date and Time: April 08, 2024 at 9:00 a.m.<br>Please contact Amos L. Barton for scheduling |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   03/24/2024

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

/s/ Amos L. Barton
_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   JANE DOE
, who issues or requests this subpoena, are:

Amos L. Barton, Of Counsel
SBN: 24031847
abarton@carlsonattorneys.com
The Carlson Law Firm, P.C.
300 Junction Highway, Suite 100, Kerrville, Texas 78208
(830) 257-7575 Telephone

Heather Lynn Long
SBN: 24055865
heather@heatherlonglaw.com
Heather Long Law. P.C.
4310 North Central Expressway, Dallas, Texas 75206
(214) 699-5994 Telephone

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 5:21-CV-00369-XR

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mark J. Foust, Ed.D

on *(date)*    04/01/2024

☑ I served the subpoena by delivering a copy to the named person as follows:by delivering in person to

Mark J. Foust, Ed.D at 2001 Texan Dr., Justin, Texas 76247

at 2:08 p.m.                              on *(date)*      04/02/2024        : or

☐ I returned the subpoena unexecuted because:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$      443.00

My fees are $      0.00      for travel and $   396.00   for services, for a total of $   396.00

I declare under penalty of perjury that this information is true.

Date:      04/03/2024

_____
*Server's signature*

Stephen M. Troutz: Non-Party Adult
*Printed name and title*
DRLS

516 W. Annie
Austin, TX 78704
Re: Carlson/3792
*Server's address*

Additional information regarding attempted service, etc.: